## Estate of K. I. Sanes.  (No. 2)

Argued April 27, 1927.  Appeal No. 117, April T., 1927, by residuary legatee from decree of Orphans' Court of Allegheny County, May T., 1926, No. 243, in

Estate of K. I. Sanes, deceased. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.   Affirmed.

OPINION BY CUNNINGHAM, J., July 8, 1927:

The questions involved on this appeal are identical with those considered and disposed of in the appeal of Sidney Sanes at No. 116, April T., 1927, of this court, in which an opinion is this day filed.

For the reasons there stated the assignments of error on this appeal are dismissed and the decree is affirmed at the costs of appellant.